## KIYONO IWAMOTO *v.* J. B. MEDEIROS.

### No. 1363.

MOTION TO DISMISS BILL OF EXCEPTIONS.

Argued January 4, 1922.                     Decided January 9, 1922.

COKE, C. J., KEMP AND EDINGS, JJ.

This cause is now before us on a motion interposed by the plaintiff-appellee to dismiss the appellant's bill of exceptions. The motion is based on the failure of appellant to file his opening brief within fifteen days after the appeal was placed upon the calendar as provided for in Rule 3 of the supreme court. The cause was docketed and placed on the calendar on November 29, 1921. No brief was filed by appellant nor did he make any application for an extension of time within which to file his brief, and on December 28, 1921, the motion to dismiss was interposed. Under the rule the appellant should have filed his brief on or before December 14, 1921 or applied for an extension of time. His failure to do either or to make any showing which might excuse his inaction brings the cause within the principle laid down in *Keahilihau* v. *King*, 25 Haw. 139.

The motion is granted and the cause dismissed.

*C. S. Carlsmith* for the motion.

*Marguerite K. Ashford* contra.